**Order, Concurring Opinion on Denial of En Banc Relief, and Dissenting Opinions from Denial of En Banc Relief filed August 3, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00886-CR

---

### RAMON RIOS, III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1491213**

---

## DISSENTING OPINION FROM DENIAL OF EN BANC RECONSIDERATION

I respectfully dissent from this court's denial of en banc reconsideration and join Section A of Justice Hassan's dissent in that the officers in this case failed to articulate specific and articulable facts upon which they could have reasonably believed that anyone other than Rios was present inside the house or that anyone concealed posed a danger to their safety. Absent such facts, the protective sweep in this case was unreasonable and invalid under the Fourth Amendment. *See*

*Maryland v. Buie*, 494 U.S. 325, 334 (1990); *Reasor v. State*, 12 S.W.3d 813, 816–17 (Tex. Crim. App. 2000).

I also agree with Section B.1 of Justice Hassan's dissent that the officers therefore did not have a legitimate reason to be present in the house, negating the majority's opinion that the drugs found during the initial search were in plain view. *See Minnesota v. Dickerson*, 508 U.S. 366, 375 (1993) (citations omitted); *Ramos v. State*, 934 S.W.2d 358, 365 (Tex. Crim. App. 1996), *cert. denied*, 520 U.S. 1198 (1997) (citing *State v. Haley*, 811 S.W.2d 597, 599 (Tex. Crim. App. 1991); *Stoker v. State*, 788 S.W.2d 1, 9 (Tex. Crim. App. 1989), *cert. denied*, 498 U.S. 951 (1990)).

/s/   Margaret "Meg" Poissant
Justice

En Banc Panel consists of Chief Justice Christopher and Justices Wise, Jewell, Bourliot, Zimmerer, Spain, Hassan, Poissant, and Wilson. (Hassan, J., dissenting, joined, in part, by Poissant, J.).

Publish — Tex. R. App. P. 47.2(b).